IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

REX H. HOLLINGSWORTH JR. )
and DEBORAH M. HOLLINGSWORTH, )
 )
   Plaintiffs, ) TC-MD 120570C
 )
  v. )
 )
DEPARTMENT OF REVENUE, )
State of Oregon, )
 )
   Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On July 16, 2012, the court sent the parties a Journal Entry instructing Plaintiffs to file a written response explaining how Defendant incorrectly calculated penalties and interest, citing appropriate statutory authority, by August 13, 2012. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received the Plaintiffs' written response explaining how Defendant incorrectly calculated penalties and interest, citing appropriate statutory authority, or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of August 2012.

 

 

_____

JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on August 16, 2012. The Court filed and entered this Decision of Dismissal on August 16, 2012.*